JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| A. IMPERIAL,<br><br>   Petitioner,<br><br>   v.<br><br>DEBRA HERNDON, WARDEN,<br><br>   Respondent. | Case No.  CV 11-8635-R (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the motion is denied and this action is dismissed without prejudice.

Dated: October 25, 2011

_____
Manuel L. Real
United States District Judge