JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

A. IMPERIAL,

    Petitioner,

v.

DEBRA HERNDON, WARDEN,

    Respondent.

Case No. CV 11-8635-R (MLG)

JUDGMENT

IT IS ADJUDGED that the motion is denied and this action is dismissed without prejudice.

Dated: October 25, 2011

Manuel L. Real
United States District Judge